Nothing which he did can be construed as a contempt of court, and the order of the special term was proper, and should be affirmed, with $10 costs and disbursements.

BENOIT, Respondent, v. TROY & L. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 22, 1896.) Action by Julia Benoit, an infant, by Peter Benoit, guardian, etc., against the Troy & Lansingburgh Railroad Company. No opinion. Judgment and order appealed from affirmed, with costs. The judgment to be entered hereon, however, to recite that the court was not unanimous in its decision.

BIGELOW, Appellant, v. MARKHAM, Respondent. (Supreme Court, Appellate Division, Fourth Department. March, 1896.) Action by William H. Bigelow against De Witt C. Markham. No opinion. Judgment and order affirmed, with costs. Mem. by ADAMS, J. Not published, by direction of ADAMS, J.

In re BINGHAMTON R. CO. (Supreme Court, Appellate Division, Third Department. September 14, 1896.) Application by the Binghamton Railroad Company for the appointment of commissioners to determine whether a street surface railroad ought to be constructed and operated on Front street, in the city of Binghamton, between Main street and Ferry street. No opinion. The report of the commission confirmed, and the motion for leave to appeal to the court of appeals from the order appointing commissioners denied.

BODEKER, Respondent, v. NEW YORK STEAM CO., Appellant. (Supreme Court, Appellate Division, First Department. June 29, 1896.) Action by Charles F. W. Bodeker against the New York Steam Company. James W. Hawes, for appellant. Charles Steele, for respondent.

PER CURIAM. This appeal involves the same question as that considered in the case of Goldschmidt v. Same Defendant, 40 N. Y. Supp. 1143. The order appealed from must be affirmed, with $10 costs.

BOHNET v. MAYOR, ETC., OF CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. July 31, 1896.) Application by Philip Bohnet for a peremptory writ of mandamus against the mayor, aldermen, and commonalty of the city of New York and others. James R. Fancher, for appellant. Charles Blandy, for relator, respondent. Terence Farley, for commissioner of public works and others, respondents.

PER CURIAM. This proceeding was commenced to obtain a peremptory mandamus requiring the mayor, etc., of the city of New York, the commissioner of public works, and the superintendent of incumbrances to remove from certain of the public streets of the city of New York certain incumbrances described in the writ; and a peremptory mandamus was, upon the 28th of June, 1896, duly issued in accordance with the prayer of the petition. Subsequently, and on July 2, 1896, an order to show cause was obtained requiring the parties to that proceeding to show cause why an order should not be made directing the appellant, Doyle, to be made a party respondent therein, and this is an appeal from the order denying that motion. We think this order should be affirmed, upon the ground that, when the motion was made, proceeding was pending to which the appellant could be made a party. The writ of mandamus had issued requiring the public officers to perform their duty, and the proceeding had terminated. If any one interfered with the rights of the appellant he had a remedy against the one so interfering, but it would be useless to make him a party to a proceeding which had terminated by the final order and the issuing of the writ of mandamus under it. The order appealed from is therefore affirmed, with $10 costs and disbursements.

BRILL v. PYNE. (Supreme Court, Appellate Term, First Department. January 31, 1896.) No opinion. Judgment affirmed, with costs.

BROWN, Appellant, v. VANDERBILT et al., Respondents. (Supreme Court, Appellate Division, First Department. September 9, 1896.) Action by William H. A. Brown, as administrator, against Cornelius Vanderbilt and others. W. F. Randel, for appellant. H. B. Anderson, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

BURKE v. TINDALE. (Supreme Court, Appellate Term, First Department. January 31, 1896.) No opinion. Judgment affirmed, with costs. See 34 N. Y. Supp. 1135.

CITY OF SYRACUSE, Respondent, v. STACEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March, 1896.) Action by the city of Syracuse against Richard M. Stacey. No opinion. Motion to dismiss appeal denied.

COHEN v. MOSHKOWITZ. (Supreme Court, Appellate Term, First Department. January 31, 1896.) No opinion. Amended return ordered as per order filed. See 39 N. Y. Supp. 1084.

COLWELL v. COLWELL. (Supreme Court, Appellate Division, First Department. January 14, 1896.) No opinion. Order reversed, with $10 costs and disbursements, and the motion granted, without costs, upon the defendant stipulating (if required by plaintiff by notice in writing, to be given five days after notice of entry of order hereon) to proceed before the referee upon the new issues in like manner as if the new issues had been in the original answer at the time when the order of reference was made, and, further, that all proceedings already had before the referee stand in full force and effect.

COMSTOCK, Appellant, v. URQUHART, Respondent. (Supreme Court, Appellate Division, Fourth Department. March, 1896.) Ac-

tion by Charles F. Comstock against John C. Urquhart. No opinion. Judgment affirmed, with costs.

CONANT, Appellant, v. WRIGHT et al., Respondents. (Supreme Court, Appellate Division, First Department. September 9, 1896.) Action by George S. Conant against George A. Wright and others. E. Conway, for appellant. W. H. Godden, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Acker v. Leland, 96 N. Y. 383.

In re CORBETT et al. In re SHELDON'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. March, 1896.) Petition by Charles H. Corbett and William H. Hart for a decree directing A. J. Graham, as executor of the will of Chauncey Sheldon, deceased, to pay a claim against decedent's estate. No opinion. Motion for reargument denied.

CORN EXCHANGE BANK, Respondent, v. BOSSIO, Appellant. (Supreme Court, Appellate Division, First Department. July 31, 1896.) Action by Corn Exchange Bank against Bartolome M. Bossio. Antonio Knauth, for appellant. L. G. Reed, for respondent.

PER CURIAM. The rule with regard to executory contracts for the sale of goods as between vendor and vendee, laid down in Pope v. Manufacturing Co., 107 N. Y. 61, 13 N. E. 592, has no application to the present case. The question here is between principal and agent, and that question simply is whether the defendant shall repay to his agent moneys which the latter, pursuant to instructions, has paid out for him. The agent purchased property for the defendant, and paid for it. He did so at the defendant's request. The property was delivered to the defendant, and now the agent's assignee demands what the agent has paid out, together with the commission. The case is clear and simple, prima facie, and the attachment was properly sustained. The order should be affirmed, with $10 costs and disbursements.

CRABTREE, Appellant, v. GOODRICH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 30, 1896.) Action by John Crabtree, individually and as his executor, against Luther S. Goodrich and others, purchasers, Mary Crabtree, individually and as executrix, and others. No opinion. Orders affirmed, with $10 costs and disbursements, payable out of the estate.

CREMINS, Appellant, v. EAST LAKE WOOLEN CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. June 29, 1896.) Action by James Cremins against East Lake Woolen Company and Aaron M. Klaw, subsequent attaching creditor. J. Edward Ackley, for appellant. Emanuel Blumenstiel, for respondents.

PER CURIAM. The moving papers of the junior attaching creditor fail to show that the summons in his action against the defendant had been served or published within the 30 days required by law, and that was necessary under the decision in the case of Ladenburg v. Bank, 2 App. Div. 477, 37 N. Y. Supp. 1085. The order vacating the plaintiff's attachment must therefore be reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

DAYFOOT, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 30, 1896.) Action by Marietta C. Dayfoot, as administratrix, etc., against Cass Williams. No opinion. Judgment affirmed, with costs.

DELANEY et al., Respondents, v. CITIZENS' INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 30, 1896.) Action by Edward Delaney and Anna Delaney against the Citizens' Insurance Company. No opinion. Judgment and order affirmed, with costs.

DELAWARE, L. & W. R. CO., Respondent, v. CITY OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March, 1896.) No opinion. Order affirmed, with $10 costs and disbursements. See 38 N. Y. Supp. 510.

DENTON v. ALLEN. (Supreme Court, Appellate Division, First Department. January 14, 1896.) No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

DODGE, Respondent, v. WEILL, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 30, 1896.) Action by Hampton Dodge against Henry Weill. No opinion. Judgment and order affirmed, with costs.

In re DORTHY. (Supreme Court, Appellate Division, Fourth Department. July 30, 1896.) Proceeding to disbar John F. Dorthy. No opinion. The application for reargument is denied, and the papers ordered filed with the clerk. The order of the 29th of June, 1896, staying proceedings, signed by the presiding justice, is hereby vacated.

DRURY, Respondent, v. FINCH et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 22, 1896.) Action by M. Francis Drury against Henry C. Finch and Wallace Cleveland. No opinion. Judgment of county court affirmed, with costs. All concur.

In re EISNER'S ESTATE. (Supreme Court, Appellate Division, First Department. September 9, 1896.) In the matter of Eliza Eisner, deceased. No opinion. Order affirmed, with $10 costs and disbursements. See 38 N. Y. Supp. 1143, and 39 N. Y. Supp. 718.

FERRIS, Appellant, v. HAYNES, Respondent. (Supreme Court, Appellate Division, First Department. July 31, 1896.) Action by Joseph A. Ferris against Tilly Haynes. Edmund L. Mooney, for appellant. Aaron C. Thayer, for respondent.